MINUTE ENTRY
CURRAULT, M.J.
JULY 25, 2023
**MJSTAR: 0:35**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LIGHT CITY CHURCH | * | CIVIL ACTION |
| VERSUS | * | NO. 22-3130 |
| NAUTILUS INSURANCE COMPANY | * | SECTION "M" (2) |

A settlement conference was conducted on this date before the undersigned magistrate judge. The parties previously mediated this case without success pursuant to this Court's Hurricane Ida CMO. The parties requested a conference with the undersigned but after brief discussions, it became readily apparent that the parties are unable to reach a settlement. The court encouraged the parties to re-evaluate their positions and continue to engage in settlement discussions, and the parties were encouraged to contact my Chambers to schedule another settlement conference in the event that productive discussions become possible in the future. By copy of this minute entry, Judge Ashe is advised that this matter has not yet been resolved.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. BARRY W. ASHE**